■ NATHAN D. WOLF et al., v. JACOB GOLD et al.— Motion to dismiss appeal granted, with $10 costs, unless the appellants serve and file a new notice of argument for the October 1959 Term of this court on or before September 21, 1959. Respondents' points are to be served and ' filed on or before September 24, 1959, and reply points, if any, are to be served and filed on or before September 29, 1959. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of IRVNG STOOPACK, Respondent, against GEORGE A. FULLER COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYLVESTER W. A. MURPHY, Respondent, v. MARGARET McK. KAPLAN et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ JOHN PRAINO, an Infant, by FRANK PRAINO, His Guardian ad Litem, et al., Appellants, v. MORRIS RABINOWITZ et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ FROHMA W. FRIED, Appellant, v. PAUL J. FRIED, Respondent.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ MARIE RODRIGUEZ, Appellant, v. FLORENCE B. CANALS, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ AMAURY RUIZ, Appellant, v. FIRST ELEPHANT ESTATES, INC., et al., Respondents, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent First Elephant Estates, Inc. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ CHARLES BARNETT CO., INC., Respondent, v. ST. PAUL FIRE & MARINE INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ SYLVIA JACOBSON, Appellant, v. HERBERT JACOBSON, Respondent.— Order unanimously affirmed. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of the Claim of CLARA COBLINER, Appellant, against CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ H. PENELOPE BLUM, Respondent, v. STEVEN E. BLUM, Appellant.— Order so far as appealed from affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ In the Matter of JOSEPH BONANNO, Appellant, against JOHN W. RYAN, JR., et al., Constituting the Commission of Investigation of the State of New York, Respondents.— Order unanimously affirmed, with $20 costs and disbursements to respondents. No opinion. Concur — Rabin, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.